■ In the Matter of D.A. ELIA CONSTRUCTION CORP., Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 87493.) [625 NYS2d 981] —Order unanimously affirmed without costs for reasons stated in decision at Court of Claims, Benza, J. (Appeal from Order of Court of Claims, Benza, J.—Dismiss Claim.) Present—Denman, P. J., Lawton, Wesley, Doerr and Boehm, JJ.